IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 23-198-1 |
| | : | 24-65-1 |
| | : | 20-231 |
| JOSEPH LAFORTE | : | |

## ORDER

**AND NOW**, this 11th day of February 2025, upon considering the forecasted inclement weather, having consulted counsel regarding future availability, and for good cause, it is **ORDERED** the February 12, 2025 sentencing is **RESCHEDULED** for **March 26, 2025** at **9:00 A.M.** in Courtroom 6B, 6th floor.

_____
KEARNEY, J.