IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 24-65-2 |
| | : | |
| LISA MCELHONE | : | |

## ORDER

AND NOW, this 18th day of March 2026, upon considering Defendant's Motion (ECF 254) to amend the conditions of her supervised release under our October 23, 2025 Judgment and Commitment Order (ECF 252), mindful we earlier declined Defendant's post-sentencing request to our Probation Officer to change alter clear terms as to supervision in this District, further reminding the parties of our specific direction during the sentencing hearing of supervision in this District as Defendant preferred as opposed to custody, after balancing concerns for Defendant's second business location and relationships in Florida against the harm created through her role in the convicted conspiracy in this District, and thus finding no basis today to alter the terms of supervised release under our considered Judgment and Commitment Order (ECF 252), it is **ORDERED** Defendant's Motion (ECF 254) is **DENIED** without prejudice to be renewed with good cause closer to the end of her supervised release.

_____
KEARNEY, J.